

Honorable Magistrate Judge James Orenstein
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201
BY ECF

October 26, 2015

Re: <u>Vega v. City</u>  15CV2598 (ERK)(JO)

Your Honor-

I write to inform the Court that the parties have reached a settlement.  We anticipate filing the appropriate closing paperwork within thirty days.

In light of our resolution, we respectfully request that the conference scheduled for October 28th be removed from the calendar.

Please let me know if there is any additional information I can provide.


Sincerely-

Nicole Bellina