UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

RUBEN VEGA,

                                        Plaintiff,

                  -against-

CITY OF NEW YORK, POLICE OFFICER WILLIAM
SCHUMACHER # 4618, AND JOHN DOE OFFICERS #1-4,

                                        Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 2598 (ERK) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 06 2016 ★

BROOKLYN OFFICE

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Nov. 20, 2015

| STOLL, GLICKMAN & BELLINA, L.L.P. | ZACHARY W. CARTER |
|---|---|
| *Attorneys for Plaintiff* | Corporation Counsel of the City of New York |
| 475 Atlantic Avenue, 3rd Floor | *Attorney for Defendants City of New York and Schumacher* |
| Brooklyn, New York 11217 | 100 Church Street, 3rd Floor |
| | New York, New York 10007 |
| By: _____ | By: _____ |
| Nicole Bellina | Joshua J. Lax |
| *Attorney for Plaintiff* | *Assistant Corporation Counsel* |

SO ORDERED:

/s/ *Edward R. Korman*
_____
HON. ERIK R KORMAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015